164

### 18898. CULL v. CULL, executor.

JENKINS, P. J. 1. While no devise or legacy passes title to property devised or bequeathed until the assent of the executor is given to the devise or legacy (Civil Code of 1910, § 3895), the assent of the executor may be either expressed or implied from his conduct. Civil Code, § 3896. Such assent perfects the inchoate title of the legatee, and, once given, is generally irrevocable. *Citizens Bank of Vidalia* v. *Citizens & Southern Bank*, 160 *Ga.* 109 (2) (127 S. E. 219).

2. In the instant suit in trover, brought by the executor of the will of a deceased person to recover from a legatee named in the will certain personalty, there was evidence from which the jury might have found that the executor had assented to a legacy provided by the will of the testator and bequeathing the property to the defendant. It was, therefore, error for the trial judge to direct a verdict in favor of the plaintiff.

*Judgment reversed. Stephens and Bell, JJ., concur.*

DECIDED JANUARY 22, 1929.

*Vance Custer Jr.,* for plaintiff in error.
*J. T. Goree, R. L. Cox,* contra.